IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARLOS CAMPOS FRIAS, INDIVIDUALLY, AND DINA GABRIELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF TIMOTHY CAMPOS, <br><br> Plaintiffs, <br><br> Vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2-06CV-250 |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Carlos Campos Frias, Individually, and Dina Gabriell, Individually, as Representative of the Estates of Timothy Campos, Deceased, and Eunice Campos, Deceased, and on behalf of all persons entitled to recover for the deaths of Timothy Campos, Deceased, and Eunice Campos, Deceased, under the Texas Wrongful Death/Survival Acts, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by these Plaintiffs against Ford Motor Company, Plaintiffs' claims against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

So ORDERED and SIGNED this 25th day of June, 2007.

*[signature]*

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

PAYNE LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
(214) 252-1888
(214) 252-1889 (fax)

By: _____
    Andrew L. Payne
    State Bar No. 00791416

ATTORNEYS FOR PLAINTIFFS


BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, TX 75201
(214) 252-1888
(214) 237-4340 (fax)

By: _____
    Michael P. Lyons
    State Bar No. 24013074

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY